**Order entered June 27, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00594-CV
No. 05-22-00595-CV
No. 05-22-00596-CV
No. 05-22-00597-CV

## IN RE JOSEPH DINGLER, Relator

**Original Proceedings from the County Court at Law No. 2
Rockwall County, Texas
Trial Court Cause Nos. CR19-1769, CR19-1770, CR19-1771 & CR19-1772**

## ORDER

Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, relator's original petition for writ

of habeas corpus in these cases is **DISMISSED** for want of jurisdiction.

/s/     DENNISE GARCIA
JUSTICE